NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COREY DEMOND STOGLIN,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3099

---

Petition for review of the Merit Systems Protection Board in No. CH-0752-12-0357-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of Labor ("Labor") moves without opposition to reform the official caption to name the Merit Systems Protection Board ("Board") as the respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. Here, the

Board dismissed Corey Demond Stoglin's petition as untimely. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to reform the caption is granted. The revised official caption is reflected above.

(2) The Board should calculate the due date for its response brief from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21